IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00391-WJM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     JOSE EZEQUIEL HERNANDEZ-VELASQUEZ,
a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony,"
2.     JOSEFINA LUCIA JIMENEZ-ESPARZA,
a.k.a. "Lucia Preciado Garcia," and "Lucia,"
3.     JESUS NORBERTO RAMOS-VELASQUEZ,
a.k.a. "Alex," "Tito," and "Norbit,"
4.     CHRISTIAN ALAN LOPEZ-RAMIREZ,
5.     JORGE IGNACIO MACIEL-SANTANA,
6.     OSCAR RENE MANZANO,
a.k.a. "Gonzalo Vasquez-Delgado,"
7.     FIRST NAME UNKNOWN, LAST NAME UNKNOWN
a.k.a. "UM-9100,"
8.     SERGIO GARCIA-REYES,
a.k.a. "Juan Alberto Garcia-Reyes,"
9.     ANABEL ROMO-RASCON,
10.    ANTONIO GODINEZ-ESPARZA,
11.    FREDDIE SILVA-DELGADO,
a.k.a. "Julio,"
12.    FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
a.k.a. "Meye,"
13.    FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
a.k.a. "UM-4867,"
14.    IRVIN MAURICIO WALKER-PEDROZA,
15.    TANIA YAMILETH GARCIA-ESCATEL,
16.    STACY MARIE SMITH,
17.    ELIZABETH ANN BABINCHAK,
a.k.a. "Elizabeth Brunyer," and "The Old Lady,"
18.    VAUGHN BABINCHAK,
a.k.a. "The Old Man,"
19.    FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
a.k.a. "UM-9765"
20.    LEOCADIO MADERA-ALATORRE,
21.    FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
a.k.a. "UM-3170,"

22.    ARIANA ABIGAIL JIMENEZ-ESPARZA, and
23.    ROSA ISELA DELGADO-ESQUIVEL,
       a.k.a. "Rosa Isela Delgado-Airam,"

       Defendants.

_____

## INDICTMENT

_____

## COUNT 1

On or about and between January 1, 2020 and November 18, 2021, both dates being approximate and inclusive, within the State and District of Colorado and elsewhere, the defendants JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony," JOSEFINA LUCIA JIMENEZ-ESPARZA, a.k.a. "Lucia Preciado Garcia," and "Lucia," JESUS NORBERTO RAMOS-VELASQUEZ, a.k.a. "Alex," "Tito," and "Norbit," CHRISTIAN ALAN LOPEZ-RAMIREZ, JORGE IGNACIO MACIEL-SANTANA, OSCAR RENE MANZANO, a.k.a. "Gonzalo Vasquez-Delgado," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-9100," SERGIO GARCIA-REYES, a.k.a. "Juan Alberto Garcia-Reyes," ANABEL ROMO-RASCON, ANTONIO GODINEZ-ESPARZA, FREDDIE SILVA-DELGADO, a.k.a. "Julio," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "Meye," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-4867," IRVIN MAURICIO WALKER-PEDROZA, TANIA YAMILETH GARCIA-ESCATEL, STACY MARIE SMITH, ELIZABETH ANN BABINCHAK, a.k.a. "Elizabeth Brunyer," and "The Old Lady," VAUGHN BABINCHAK, a.k.a. "The Old Man," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-9765," LEOCADIO MADERA-ALATORRE, FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-3170," and others known and

2

unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree, with interdependence, to distribute and possess with the intent to distribute one or more of the following Controlled Substances: (1) 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i); (2) 100 grams and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i); and (3) 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

## PENALTY ALLEGATIONS:

With respect to defendants JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony," JOSEFINA LUCIA JIMENEZ-ESPARZA, a.k.a. "Lucia Preciado Garcia," and "Lucia," JESUS NORBERTO RAMOS-VELASQUEZ, a.k.a. "Alex," "Tito," and "Norbit," CHRISTIAN ALAN LOPEZ-RAMIREZ, JORGE IGNACIO MACIEL-SANTANA, OSCAR RENE MANZANO, a.k.a. "Gonzalo Vasquez-Delgado," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-9100," SERGIO GARCIA-REYES, a.k.a. "Juan Alberto Garcia-Reyes," ANABEL ROMO-RASCON, ANTONIO GODINEZ-ESPARZA, FREDDIE SILVA-DELGADO, a.k.a. "Julio," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "Meye," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-4867," TANIA YAMILETH

GARCIA-ESCATEL, ELIZABETH ANN BABINCHAK, a.k.a. "Elizabeth Brunyer," and

"The Old Lady," VAUGHN BABINCHAK, a.k.a. "The Old Man," IRVIN MAURICIO

WALKER-PEDROZA, FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-

9765," LEOCADIO MADERA-ALATORRE, and FIRST NAME UNKNOWN, LAST NAME

UNKNOWN, a.k.a. "UM-3170," the drug amount involved in the conspiracy attributable

to these defendants as a result of their own conduct, and the conduct of others

reasonably foreseeable to them is 1 kilogram and more of a mixture and substance

containing a detectable amount of heroin, a Schedule I Controlled Substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i).

With respect to defendant STACY MARIE SMITH, the drug amount involved in

the conspiracy attributable to this defendant as a result of her own conduct, and the

conduct of others reasonably foreseeable to her is 100 grams and more of a mixture

and substance containing a detectable amount of heroin, a Schedule I Controlled

Substance, in violation to Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(i).

With respect to defendants JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a.

"Francisco Escamilla-Montez," "Cheche," and "Tony," FIRST NAME UNKNOWN, LAST

NAME UNKNOWN, a.k.a. "Meye," FREDDIE SILVA-DELGADO, a.k.a. "Julio," FIRST

NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-4867," MAURICIO WALKER-

PEDROZA, TANIA YASMILETH GARCIA-ESCATEL, ELIZABETH ANN BABINCHAK,

a.k.a. "Elizabeth Brunyer," and "The Old Lady," and VAUGHN BABINCHAK, a.k.a. "The

Old Man," the drug amount involved in the conspiracy attributable to these defendants

as a result of their own conduct, and the conduct of others reasonably foreseeable to

them is 500 grams and more of a mixture and substance containing a detectable

amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title

21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

## COUNT 2

On or about April 27, 2021, within the State and District of Colorado and

elsewhere, the defendants JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a.

"Francisco Escamilla-Montez," "Cheche," and "Tony," FIRST NAME UNKNOWN, LAST

NAME UNKNOWN, a.k.a. "UM-9100," SERGIO GARCIA-REYES, a.k.a. "Juan Alberto

Garcia-Reyes" ANABEL ROMO-RASCON, and OSCAR RENE MANZANO, a.k.a.

"Gonzalo Vasquez-Delgado," did knowingly and intentionally distribute and possess with

the intent to distribute 1 kilogram and more of a mixture and substance containing a

detectable amount of heroin, a Schedule I Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(i)

and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 3

On or about April 27, 2021, within the State and District of Colorado and

elsewhere, the defendants SERGIO GARCIA-REYES and ANABEL ROMO-RASCON

did travel in interstate commerce with the intent to promote, manage, establish, carry

on, and facilitate the promotion, management, establishment, and carrying on, of an

unlawful activity, specifically violations of Title 21, United States Code, Sections

841(a)(1) and 846 as alleged in Count 1 of this Indictment, and thereafter performed

and attempted to perform an act to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of that unlawful activity.

All in violation of Title 18, United States Code, Section 1952(a)(3)(A).

## COUNT 4

On or about and between January 1, 2020 and November 18, 2021, both dates being approximate and inclusive, within the State and District of Colorado and elsewhere, the defendants JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony," JOSEFINA LUCIA JIMENEZ-ESPARZA, a.k.a. "Lucia Preciado Garcia," and "Lucia," FREDDIE SILVA-DELGADO, a.k.a. "Julio," ELIZABETH ANN BABINCHAK, a.k.a. "Elizabeth Brunyer," and "The Old Lady," VAUGHN BABINCHAK, a.k.a. "The Old Man," ARIANA ABIGAIL JIMENEZ-ESPARZA, ROSA ISELA DELGADO-ESQUIVEL, a.k.a. "Rosa Isela Delgado-Airam," with other persons known and unknown to the Grand Jury, did knowingly combine, conspire, confederate and agree,  to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, in that the defendants did knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce which transactions involved the proceeds of specified unlawful activity ("SUA"), namely, the distribution of controlled substances in violation of Title 21, United States Code, Section 841, and conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Section 846, and knowing, while conducting and attempting to conduct such financial transactions, that the property involved in the financial transactions represented the proceeds of some form of unlawful activity:

6

A.     With the intent to promote the carrying on of SUA, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i), and

B.     Knowing the transactions involved the proceeds of the SUA, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code Section 1956(h).

**MANNER AND MEANS OF THE MONEY LAUNDERING CONSPIRACY**

The manner and means used to accomplish the objectives of the conspiracy included, among others, the following:

1.     It was part of this money-laundering conspiracy that Mexico-based sources of supply, facilitators, and dispatchers, including but not limited to defendants FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "Meye," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-9765," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-9100," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-4867," and FREDDIE SILVA-DELGADO, a.k.a. "Julio," on a routine and consistent basis, arranged for, supplied, and sent shipments of heroin and methamphetamine from Mexico to defendant JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony," who, during the time period alleged in the conspiracy, lived in Colorado, Utah, and California.

2.     It was part of this money laundering conspiracy that defendant JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez,"

"Cheche," and "Tony," also received heroin and methamphetamine from other sources of supply located within the United States.

3.     It was part of this money-laundering conspiracy that defendants JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony," JOSEFINA JIMENEZ-ESPARZA, a.k.a. "Lucia Preciado Garcia," and "Lucia," ELIZABETH ANN BABINCHAK, a.k.a. "Elizabeth Brunyer," and "The Old Lady," and VAUGHN BABINCHAK, a.k.a. "The Old Man," on a routine and consistent basis, collected and possessed large sums of money ("bulk-cash drug proceeds") generated from the sale of heroin and methamphetamine that had been supplied by the Mexico-based sources of supply, facilitators, and dispatchers.

4.     It was part of this money-laundering conspiracy that defendants JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony," JOSEFINA JIMENEZ-ESPARZA, a.k.a. "Lucia Preciado Garcia," and "Lucia," ELIZABETH ANN BABINCHAK, a.k.a. "Elizabeth Brunyer," and "The Old Lady," and VAUGHN BABINCHAK, a.k.a. "The Old Man," on a routine and consistent basis, used bulk-cash drug proceeds to buy vehicles and cellular telephones that were used to promote the carrying on of their distribution of drugs and conspiracy to distribute drugs. .

5.     It was part of this money-laundering conspiracy that defendants JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony," JOSEFINA JIMENEZ-ESPARZA, a.k.a. "Lucia Preciado Garcia," and "Lucia," ELIZABETH ANN BABINCHAK, a.k.a. "Elizabeth Brunyer," and "The Old Lady," VAUGHN BABINCHAK, a.k.a. "The Old Man," and ARIANA ABILGAIL JIMENEZ-

ESPARZA, either personally or directing others, on a routine and consistent basis, transported bulk-cash drug proceeds to Money Service Businesses ("MSBs") located in Colorado and elsewhere in the United States.

6.      It was part of this money-laundering conspiracy that defendants JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony," JOSEFINA JIMENEZ-ESPARZA, a.k.a. "Lucia Preciado Garcia," and "Lucia," ELIZABETH ANN BABINCHAK, a.k.a. "Elizabeth Brunyer," and "The Old Lady," VAUGHN BABINCHAK, a.k.a. "The Old Man," and ARIANA ABILGAIL JIMENEZ-ESPARZA, either personally or using others, on a routine and consistent basis, wire-transferred bulk cash drug proceeds from MSBs in Colorado and elsewhere in the United States to various MSBs located in Mexico. It was part of this money laundering conspiracy that the bulk cash drug proceeds sent via wire-transfers represented payment for heroin and methamphetamine provided by the sources, facilitators, and dispatchers. The wire-transfers promoted the carrying on of their distribution of drugs and conspiracy to distribute drugs because sources, facilitators, and dispatchers used the bulk-cash proceeds to purchase more heroin and methamphetamine which was then sent to defendants in Colorado and elsewhere in the United States for further drug distribution.

7.      It was part of this money laundering conspiracy that defendants JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony," JOSEFINA JIMENEZ-ESPARZA, a.k.a. "Lucia Preciado Garcia," and "Lucia," ELIZABETH ANN BABINCHAK, a.k.a. "Elizabeth Brunyer," and "The Old Lady," VAUGHN BABINCHAK, a.k.a. "The Old Man," and ARIANA ABILGAIL JIMENEZ-

ESPARZA sent wire transfers to recipients in Mexico including but not limited to defendants ROSA ISELA DELGADO-ESQUIVEL, a.k.a. "Rosa Isela Delgado-Airam," and FREDDIE SILVA-DELGADO, a.k.a. "Julio."

8.      It was part of this money laundering conspiracy that defendants JOSE EZEQUIEL HERNANDEZ-VELASQUEZ, a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony," JOSEFINA JIMENEZ-ESPARZA, a.k.a. "Lucia Preciado Garcia," and "Lucia," ELIZABETH ANN BABINCHAK, a.k.a. "Elizabeth Brunyer," and "The Old Lady," VAUGHN BABINCHAK, a.k.a. "The Old Man," and ARIANA ABILGAIL JIMENEZ-ESPARZA in connection with the wire-transfers, engaged in activities designed to disguise the nature, location, source, ownership, and control of the bulk-cash drug proceeds.  Such activities included, but were not limited to the following:

   a.     The defendants used combinations of their names, and aliases, and also used fictitious information pertaining to the senders, recipients, addresses, and telephone numbers connected to the transfers; and

   b.     The defendants transferred amount of money between $500 and $1,000 to avoid MSB identification and reporting requirements.

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853. Upon conviction of the violations described Counts 1 through 3 above, the defendants:

1.    JOSE EZEQUIEL HERNANDEZ-VELASQUEZ,
       a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony,"
2.    JOSEFINA LUCIA JIMENEZ-ESPARZA,
       a.k.a. "Lucia Preciado Garcia," and "Lucia,"
3.    JESUS NORBERTO RAMOS-VELASQUEZ,
       a.k.a. "Alex," "Tito," and "Norbit,"
4.    CHRISTIAN ALAN LOPEZ-RAMIREZ,
5.    JORGE IGNACIO MACIEL-SANTANA,
6.    OSCAR RENE MANZANO,
       a.k.a. "Gonzalo Vasquez-Delgado,"
7.    FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
       a.k.a. "UM-9100,"
8.    SERGIO GARCIA-REYES,
       a.k.a. "Juan Alberto Garcia-Reyes,"
9.    ANABEL ROMO-RASCON,
10.   ANTONIO GODINEZ-ESPARZA,
11.   FREDDIE SILVA-DELGADO,
       a.k.a. "Julio,"
12.   FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
       a.k.a. "Meye,"
13.   FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
       a.k.a. "UM-4867,"
14.   IRVIN MAURICIO WALKER-PEDROZA,
15.   TANIA YAMILETH GARCIA-ESCATEL,
16.   STACY MARIE SMITH,
17.   ELIZABETH ANN BABINCHAK,
       a.k.a. "Elizabeth Brunyer," and "The Old Lady,"
18.   VAUGHN BABINCHAK, a.k.a. "The Old Man,"
19.   FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
       a.k.a. "UM-9765"
20.   LEOCADIO MADERA-ALATORRE, and
21.   FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
       a.k.a. "UM-3170,"

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853

any and all of the defendant's right, title and interest in all property constituting and

derived from any proceeds obtained directly and indirectly as a result of such offense,

and in all property used, or intended to be used, in any manner or part, to commit, or to

facilitate the commission of such offense, including,

11

1.   A money judgment of at least $2,000,000 obtained by the conspiracy and by the defendants,

If any of the property described in the paragraph above, as a result of any act or omission of the defendants:

   (1)   cannot be located upon the exercise of due diligence,
   (2)   has been transferred or sold to, or deposited with, a third party,
   (3)   has been placed beyond the jurisdiction of the Court,
   (4)   has been substantially diminished in value, or
   (5)   has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

Upon conviction of the violations alleged in Count 4 of this Indictment, including violations of Title 18, United States Code, Sections 1956(a)(1)(A)(i), 1956(a)(1)(B)(i), and 1956(h), the defendants:

   1.   JOSE EZEQUIEL HERNANDEZ-VELASQUEZ,
        a.k.a. "Francisco Escamilla-Montez," "Cheche," and "Tony,"
   2.   JOSEFINA LUCIA JIMENEZ-ESPARZA,
        a.k.a. "Lucia Preciado Garcia," and "Lucia,"
   11.  FREDDIE SILVA-DELGADO,
        a.k.a. "Julio,"
   16.  ELIZABETH ANN BABINCHAK,
        a.k.a. "Elizabeth Brunyer," and "The Old Lady,"
   17.  VAUGHN BABINCHAK, a.k.a. "The Old Man,"
   21.  ARIANA ABIGAIL JIMENEZ-ESPARZA, and
   22.  ROSA ISELA DELGADO-ESQUIVEL,
        a.k.a. "Rosa Isela Delgado-Airam,"

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property, including, but not limited to: a sum of money equal

to the value of the property involved in the offense. If any of the property described

above, as a result of any act or omission of the defendants:

      (1)    cannot be located upon the exercise of due diligence,
      (2)    has been transferred or sold to, or deposited with, a third party,
      (3)    has been placed beyond the jurisdiction of the Court,
      (4)    has been substantially diminished in value, or
      (5)    has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code,

Section 853(p), incorporated by Title 18, United States Code, Section 982, to seek

forfeiture of any other property of said defendant up to the value of the forfeitable

property.

      All in violation of Title 18, United States Code, Section 982(a)(1) and Title 21,

United States Code, Section 853.

A TRUE BILL:

Ink signature on file in Clerk's Office
FOREPERSON

MATTHEW T. KIRSCH
Acting United States Attorney

By:  *s/Stephanie Podolak*
Stephanie Podolak
Assistant United States Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Stephanie.podolak@usdoj.gov
Attorney for the United States